PER CURIAM.
The order imposing costs under sections 960.20 and 27.3455(1), Florida Statutes, without notice or opportunity to be heard, violated appellant’s constitutional due process rights and is hereby reversed. See Jenkins v. State, 444 So.2d 947 (Fla.1984); Mays v. State, 519 So.2d 618 (Fla.1988), and Brooks v. State, 490 So.2d 173 (Fla. 5th DCA 1986). See also Harriet v. State, 520 So.2d 271 (Fla.1988); Hollis v. State, 525 So.2d 498 (Fla. 5th DCA 1988); Morris v. State, 524 So.2d 494 (Fla. 5th DCA 1988); Riccard v. State, 514 So.2d 83 (Fla. 5th DCA 1987); Evins v. State, 497 So.2d 1293 (Fla. 5th DCA 1986); Gaffney v. State, 497 So.2d 1292 (Fla. 5th DCA 1986), rev. denied, 506 So.2d 1041 (Fla.1987); and Outar v. State, 508 So.2d 1311 (Fla. 5th DCA 1987).
REVERSED.
COWART, DANIEL and GOSHORN, JJ., concur.